N THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **JAMES McGUINNES,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | **Case No. 6:12-cv-141-ACC-GJK** <br> ) <br> ) |
| **NOVARTIS PHARMACEUTICALS CORPORATION,** | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## SUGGESTION OF DEATH

Defendant Novartis Pharmaceuticals Corporation ("NPC"), pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby gives notice in the above-referenced action of the death of plaintiff James McGuinness. On information and belief, plaintiff passed away on April 11, 2012 in Melbourne, Florida.

Date:   October 10, 2012                            Respectfully Submitted,

/s/   Michael J. Thomas

Michael J. Thomas
William H. Hughes III
**PENNINGTON, MOORE, WILKINSON, BELL, & DUNBAR PA**
215 S Monroe St – 2nd Floor
PO Box 10095
Tallahassee, FL 32302-2095
(850) 222-3533

/s/   Katharine R. Latimer
Katharine R. Latimer
*Appearing Pro Hac Vice*
Heather A. Pigman
Fla. Bar No. 119938
**HOLLINGSWORTH LLP**

1350 I St. NW
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that I, on this 10th day of October 2012, served a true and correct copy of the foregoing Suggestion of Death via the Court's Electronic Case Filing System on the following:

John A. Girardi
**GIRARDI KEESE**
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 977-0211

Steven C. Marks
**Podhurst Orseck, PA**
Suite 800
25 W Flagler St
Miami, FL 33130
(305) 358-2800

*Attorneys for Plaintiff*
*James McGuinness*

/s/   Michael J. Thomas
Michael J. Thomas
Florida Bar No. 897760
**PENNINGTON, MOORE, WILKINSON, BELL, & DUNBAR PA**
215 South Monroe Street, 2nd Floor
Tallahassee, FL 32301
(850) 222-3533
mike@penningtonlaw.com

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*