# Exhibit 1

Case 6:12-cv-00041-ACC-TBS Document 63-1 Filed 11/15/13 Page 2 of 2 PageID 499
Case 3:12cv74-MCR-EMT Document 78 Filed 11/15/13 Page 2 of 2 PageID 499

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SARA LAWSON,

    Plaintiff,

v.                                        Case No. 3:12cv74-MCR/EMT

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

    A suggestion of death was filed regarding the plaintiff, Sara Lawson, on June 25, 2012. On June 28, 2012, the court entered an order requiring a motion for substitution of the proper party to be made within 90 days after service of the statement of death, and deferring any ruling on the pending proposed scheduling order (doc. 59) and a motion to compel (doc. 67) until after the filing of a motion to substitute the proper party as plaintiff. The defendant filed proof of service regarding the suggestion of death, demonstrating it was served on Erdman Blythe on June 30, 2012, and there has been no further activity in the case to date. The time to file a substitution of party has expired, and no motion to substitute has been filed. Therefore, pursuant to Fed. R. Civ. P. 25(a)(1), the case must be dismissed, and all pending matters are moot.

    Accordingly, the case is DISMISSED. The Report and Recommendation proposing a scheduling order (doc. 59) and the motion to compel a valid medical records release authorization (doc. 67) are MOOT. The Clerk is directed to close the file.

    **DONE and ORDERED** on this 5th day of October, 2012.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**